1  FELICIA R. REID (SBN 155481)
   freid@chklawyers.com
2  KRISTIN L. OLIVEIRA (SBN 204384)
   koliveira@chklawyers.com
3  ANN E. SOTER (SBN 229838)
   asoter@chklawyers.com
4  CURIALE HIRSCHFELD KRAEMER LLP
   727 Sansome Street
5  San Francisco, CA  94111
   Telephone:  (415) 835-9000
6  Facsimile:  (415) 834-0443

7  Attorneys for Defendants
   L-1 IDENTITY SOLUTIONS OPERATING
8  COMPANY, L-1 ENROLLMENT SERVICES
   DIVISION
9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12
   TRACY STOCKTON,                          Case No.  2:10-cv-02974-LKK-GGH
13
                 Plaintiff,                 **DEFENDANTS' *AMENDED* STATEMENT
14                                          IDENTIFYING PARENT CORPORATIONS
   vs.                                      AND PUBLICLY-HELD COMPANIES**
15
   L-1 IDENTITY SOLUTIONS
16 OPERATING COMPANY, a corporation
   doing business in the State of California, **Complaint Filed:  October 6, 2010**
17 L-1 ENROLLMENT SERVICES
   DIVISION, an unknown entity doing
18 business in the State of California, and
   DOES 1 through 50, inclusive,
19
                 Defendant.
20

21 TO THE COURT:

22      Pursuant to the Court's Order dated November 5, 2010, Defendants identify **L-1 Identity

23 Solutions, Inc.** as a parent corporation.

24      Defendants herein amend this Statement to reflect a recent business acquisition of

25 Defendant L-1 Identity Solutions Operating Company.   Defendant L-1 Identity Solutions

26 Operating Company is in the process of changing its name to Morpho Trust USA, Inc.  The

27 parent company of Morpho Trust USA, Inc. is **Morpho USA, Inc.**, a Delaware corporation.  The

28

DEFENDANTS' *AMENDED* STATEMENT IDENTIFYING PARENT CORPORATIONS AND
PUBLICLY-HELD COMPANIES.; CASE NO.: 2:10-CV-02974-LKK-GGH

CURIALE HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    ultimate parent company is **Safran S.A.**, a French company.

2

3    Dated:  August 24, 2011                    CURIALE HIRSCHFELD KRAEMER LLP

4

5                                               By: /s/ Kristin L. Oliveira
                                                    Felicia R. Reid
6                                                   Kristin L. Oliveira
                                                    Ann E. Soter

7                                               Attorneys for Defendants
                                                L-1 IDENTITY SOLUTIONS OPERATING COMPANY
8                                               and L-1 ENROLLMENT SERVICES DIVISION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' *AMENDED* STATEMENT IDENTIFYING PARENT CORPORATIONS AND
PUBLICLY-HELD COMPANIES.; CASE NO.:  2:10-CV-02974-LKK-GGH

CURIALE HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

## CERTIFICATE OF SERVICE

2   **STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

3          I am a citizen of the United States and a resident of the State of California, over the age of

4   eighteen years, and not a party to the within action.  My business address is 727 Sansome Street,

5   San Francisco, California 94111.  On August 24, 2011, I served the following document by the

6   method indicated below:

7   **DEFENDANTS'** *AMENDED* **STATEMENT IDENTIFYING PARENT CORPORATIONS**
    **AND PUBLICY-HELD COMPANIES**
8

9   On the following parties:

10  Kara Keister, Esq.
    The Law Office of Bowman & Associates
11  2151 River Plaza Drive, Suite 105
    Sacramento, CA  95833
12  ***Attorneys for Plaintiff***

13  In the following manner:

14     ☒        Submitting an electronic version of the document(s) via portable document format
                (PDF) to the court via the Document Filing/ECF System at
15              https://ecf.caed.uscourts.gov.

16         Service will be deemed effective as provided in Local Rule 135 of the District Court of

17  California, Eastern District.

18         I declare that I am employed in the office of a member of the bar of this court at whose

19  direction this service is made.

20         Executed August 24, 2011, at San Francisco, California.

21                                            *Rebecca Erickson*

22                                                Rebecca Erickson

23

24

25

26

27

28

1