FELICIA R. REID (SBN 155481)
freid@chklawyers.com
KRISTIN L. OLIVEIRA (SBN 204384)
koliveira@chklawyers.com
CURIALE HIRSCHFELD KRAEMER LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendants
L-1 IDENTITY SOLUTIONS OPERATING COMPANY, L-1 ENROLLMENT SERVICES DIVISION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY STOCKTON,<br><br>                    Plaintiff,<br><br>vs.<br><br>L-1 IDENTITY SOLUTIONS OPERATING COMPANY, a corporation doing business in the State of California, L-1 ENROLLMENT SERVICES DIVISION, an unknown entity doing business in the State of California, and DOES 1 through 50, inclusive,<br><br>                    Defendant. | Case No. 2:10-cv-02974-LKK-GGH<br><br>**JOINT STIPULATION FOR DISMISSAL; ORDER**<br><br>**Complaint Filed:**   October 6, 2010<br>**Trial Date:** July 31, 2012 |

WHEREAS all parties to this action stipulate and agree that all claims in the above-captioned proceeding have been fully settled and compromised;

IT IS HEREBY STIPULATED by and between the parties to this action, through their undersigned counsel, that the above-captioned action be and hereby is ***dismissed with prejudice*** as to all Defendants pursuant to F.R.C.P. 41(a)(1);

IT IS FURTHER STIPULATED by and between the parties that each party shall bear its own attorneys' fees and costs of suit.

Dated: December 6, 2011                     LAW OFFICE OF BOWMAN & ASSOCIATES, APC

By: /s/ Kara Keister (as authorized on 12/6/11)
      Kara Keister

Attorney for Plaintiff
TRACY STOCKTON

Dated: December 6, 2011                     CURIALE HIRSCHFELD KRAEMER LLP

By:/s/ Kristin L. Oliveira
      Felicia R. Reid
      Kristin L. Oliveira

Attorney for Defendants
L-1 IDENTITY SOLUTIONS OPERATING COMPANY, L-1 ENROLLMENT SERVICES DIVISION

**ORDER**

In view of the parties' Stipulation, the Court orders the above-captioned action be dismissed with prejudice. Each party to this action shall bear its own attorneys' fees and costs of suit.

**IT IS SO ORDERED.**

Dated:  December 7, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT